UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. | 2:22-cv-00213-SSS-RAOx |
| Date | July 29, 2022 |
| Title | *Peter Sum, et al. v. FCA US, LLC, et al.* |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THIS COURT'S REASSIGNMENT ORDER**

On June 25, 2022, the Court entered its Reassignment Order (the "Order") [Dkt. 45], that 1) informed the parties of the case reassignment; 2) provided this Court's location; 3) provided the parties vital information on previously scheduled deadlines and dates and how this Court would be addressing those deadlines and dates; 4) directed each party to review and become familiar with any all applicable standing orders; and 5) ordered the parties to file a joint case management statement within fifteen days from the date of the Order.  As of today's date, the parties have failed to file the Court-ordered case management statement.

Accordingly, the Court **ORDERS** counsel for Plaintiffs—Tionna Dolin; Ariel Harman-Holmes; and Daniel A. Law—and counsel for Defendant—Jeanette Catuira Suarez; Jeffery J. Fadeff; Nejla Nassirian; Spencer Peter Hugret; and Michael Adam Tudzin—to show cause why they should not each be sanctioned in the amount of $250 for their failure to comply with the Court's Reassignment Order.

Counsel is required to respond in writing on or before **August 12, 2022**, at 12:00 noon. Counsel's failure to respond, or counsel's filing of an unsatisfactory response, may result in the imposition of sanctions against counsel.

**IT IS SO ORDERED.**