JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SUM, HONG KONG DIAMOND BAKERY, INC., AND DIAMOND BAKERY, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>FCA US, LLC; and DOES 1 through 10, inclusive <br><br>Defendants. | Case No. 2:22-cv-00213-SSS-RAOx <br><br>District Judge: Sunshine Suzanne Sykes <br><br>**JUDGMENT PURSUANT TO RULE 68 OFFER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs PETER SUM, HONG KONG DIAMOND BAKERY, INC., and DIAMOND BAKEY, INC., ("Plaintiffs") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 6, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $81,928.20 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: February 8, 2024

_____
Irene Vazquez, Deputy Clerk

1

**JUDGMENT**